1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATT STRONG,<br><br>     Plaintiff,<br><br>  vs.<br><br>VALDEZ FINE FOODS dba PETER PIPER<br>PIZZA #223; PETER PIPER INC., dba PETER<br>PIPER PIZZA #223; VESTAR CALIFORNIA<br>XVII, LLC,<br><br>     Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO.: 09-CV-1278-MMA (JMA)**<br><br>**<u>Referred to the Hon. Magistrate Jan M.<br>Adler</u>**<br><br>**ORDER CONTINUING TELEPHONIC<br>CASE MANAGEMENT CONFERENCE**<br><br>Date:  November 17, 2009<br>Time:  4:00 p.m.<br>Ctrm:  D |

The Court, having considered the stipulation of counsel, and good cause having been shown, hereby orders that the telephonic Case Management Conference presently set for November 17, 2009 at 4:00 p.m. is hereby continued to December 3, 2009 at 9 a.m. Counsel for each party shall participate in the conference.  The Court will initiate the conference call.

DATED: November 16, 2009   By: _____
              HONORABLE JAN M. ADLER
              UNITED STATES MAGISTRATE JUDGE
              SOUTHERN DISTRICT OF CALIFORNIA